834

from the failure of the state court to grant a new trial in a case under the Federal Employers' Liability Act where the verdict was obtained by appeals to passion and prejudice. *Messrs. Henry S. Mitchell* and *John E. Palmer* for petitioner. *Messrs. Tom Davis* and *Ernest A. Michel* for respondent.

No. 565. WRIGHT & TAYLOR, INC., *v.* LUCAS, COLLECTOR OF INTERNAL REVENUE. December 8, 1930. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Donald V. Hunter* and *Robert N. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *Norman D. Keller* and *John MacC. Hudson* for respondent.

No. 542. MCCORMICK ET AL. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. December 8, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Robert N. Miller, Horace Kent Tenney, George T. Rogers, Henry F. Tenney,* and *Roger Sherman* for petitioners. *Solicitor General Thacher* for respondent.

No. 535. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* NORTHERN TRUST CO., EXECUTOR. December 8, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. J. Louis Monarch, Clarence M. Charest,* and

*Prew Savoy* for petitioner. *Messrs. Theodore Schmidt, Edward H. Blanc, Russell L. Bradford, John W. Davis,* and *Frederic Ullmann* for respondent.

No. 549. NASH-BREYER MOTOR CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. T. B. Benson; Arthur H. Deibert, M. F. Mitchell,* and *George G. Witter* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *J. Louis Monarch* for respondent.

No. 552. MCBOYLE *v.* UNITED STATES. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted, limited to the question whether the National Motor Vehicle Theft Act applies to aircraft. *Mr. Harry F. Brown* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 581. MORSMAN, ADMINISTRATOR, *v.* COMMISSIONER OF INTERNAL REVENUE. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Edgar M. Morsman, Jr., Edward H. Blanc,* and *Russell L. Bradford* for petitioner. *Solicitor General Thacher* and *Mr. Claude R. Branch* for respondent.